RDB:wjh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY POSADA,

    Defendant.
_____/

NO. 95-0075 CR-MOORE

18 U.S.C. 513(a)

MAGISTRATE JUDGE
TURNOFF

INDICTMENT

FILED by _____ D.C.
FEB -1 1995
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The Grand Jury charges that:

On or about March 14, 1994, at Miami, Dade County, in the Southern District of Florida, the defendant,

**ANTHONY POSADA,**

did knowingly and willfully, make, utter and possess a counterfeit and forged security of Panasonic Latin America, S.A., an organization, that is, one check in the approximate amount of $43,261.80, with the intent to deceive another organization, said



offense affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL

_____
FOREPERSON

_____
KENDALL COFFEY
UNITED STATES ATTORNEY

_____
RICHARD D. BOSCOVICH
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**95- 0075 CR-MOORE**

UNITED STATES OF AMERICA          CASE NO.: _____

VS.

ANTHONY POSADA                    MAGISTRATE JUDGE
                                  TURNOFF

FILED by ___ D.C.
FEB -1 1995
CARLOS JU....
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

## CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. This case will take __5__ days for the parties to try.

4. Please check appropriate category and type of offense listed below:

   (Check only one)                       (Check only one)

   I      0 to 5 days      __X__          Petty       ____
   II     6 to 10 days     ____           Minor       ____
   III    11 to 20 days    ____           Misdem.     ____
   IV     21 to 60 days    ____           Felony      __X__
   V      61 days and over ____

5. Has this case been previously filed in this District Court? __NO__ (Yes or No)
   If yes, Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? __NO__ (Yes or No)
   If yes: Magistrate Case No. _____
   Related Miscellaneous numbers: _____

6. This case originated in the U.S. Attorney's office prior to August 16, 1985 __NO__
                                                                      (Yes or No).

_____
RICHARD D. BOSCOVICH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

95-0075 CR-MOORE

Defendant Name: ANTHONY POSADA         Case No.: _____

---

**Count #: I - Forged Securities of An Organization**

MAGISTRATE JUDGE
TURNOFF

18 U.S.C. §513(a)

Max Penalty: Ten (10) year period of incarceration which may be followed by a term of supervised release of up to three (3) years.

Fine - up to $250,000

FILED by _____ D.C.
FEB -1 1995
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Count #:

Max Penalty:

Count #:

Max Penalty:

Count #:

Max Penalty:

Count #:

Max Penalty:

Count #:

Max. Penalty:

FORM DBD-34
JUN. 85

№ 95 - 0075 CR-MOORE

MAGISTRATE JUDGE
TURNOFF

UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

CRIMINAL Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY POSADA

INDICTMENT

IN VIOLATION OF: 18 U.S.C. 513(a)

A true bill.

_____
Foreman

Filed in open court this ____ day,
of February A.D. 19 95

_____
Clerk

Bail, $ _____